JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA-SOUTHERN DIVISION

| | |
|---|---|
| DAVEY BLUITT,<br><br>    Plaintiff,<br><br>vs.<br><br>CVS CAREMARK DISTRIBUTION CENTER; DOES 1 through XX inclusive; DOE Companies 1 through XX, inclusive; and DOE Corporations 1 through XX, inclusive,<br><br>    Defendants. | CASE NO.: 8:21-cv-01671-CJC(KESx)<br>[Removal from Superior Court of California, Orange, Case No.: 30-2021-01204862-CU-PO-CJC]<br><br>District Judge Cormac J. Carney<br>Magistrate Judge Karen E. Scott<br><br>**ORDER RE STIPULATION TO REMAND CASE TO SUPERIOR COURT**<br><br>ACTION FILED: June 9, 2021 |

IT IS HEREBY ORDERED that:

   1. The matter is REMANDED to Superior Court of the State of California, County of Los Angeles for all further proceedings;

   2. Upon remand, Defendant, CVS PHARMACY, Inc. erroneously sued and served as CVS CAREMARK DISTRIBUTION CENTER will file a responsive pleading within 30 days of receipt in the Superior Court.

///

///

///

3. Each party will bear their own attorneys' fees associated with the remand and Defendant CVS PHARMACY, Inc. erroneously sued and served as CVS CAREMARK DISTRIBUTION CENTER will bear costs, if any, with remand.

**IT IS SO ORDERED.**

Date: November 23, 2021

HON. CORMAC J. CARNEY
United States District Judge